**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 97-31125
_____

IN THE MATTER OF NCC, INC. ALSO KNOWN AS NATAL CONSTRUCTION
COMPANY, INC.,

Debtor,

BYRON MONTZ, INC.

Appellant,

VERSUS

NCC, INC.,

Appellee.

_____

Appeal from the United States District Court
For the Eastern District of Louisiana
(1:96-CR-50-BrG)
_____
November 5, 1998

Before REYNALDO GARZA, STEWART, and PARKER, Circuit Judges.

PER CURIAM[*]:

The judgment of the district court affirming the bankruptcy court is affirmed for the reasons provided by the district court in its order dated October 2, 1997.

AFFIRMED.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.